# Third District Court of Appeal

## State of Florida

Opinion filed July 20, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1874
Lower Tribunal No. 21-16239

_____

**Earl Burks,**
Appellant,

vs.

**Deloise B. Brown,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Carroll J. Kelly, Judge.

Earl Burks, in proper person.

Deloise B. Brown, in proper person.

Before FERNANDEZ, C.J., and GORDO, and BOKOR, JJ.

PER CURIAM.

Affirmed.